IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00060-MMC-11 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO RETURN PROPERTY; VACATING HEARING** |
| JOEY E. WILLIAMS, | |
| Defendant. | Re: Dkt. No. 511 |

Before the Court is defendant Joey E. Williams' "Motion to Return Property," filed May 9, 2017. The United States has filed a statement of non-opposition. Having read and considered the papers filed in support of and in response to the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for June 7, 2017, and hereby GRANTS the motion, as follows.

Good cause appearing, it is hereby ORDERED that the United States return to Joey Williams the sum of $13,020, the amount of cash seized from his residence on February 7, 2012, along with any interest that has accrued in the interim. Counsel for the United States is hereby DIRECTED to confer with counsel for Joey Williams, no later than June 12, 2017, to arrange for the return of said property.

**IT IS SO ORDERED.**

Dated: June 5, 2017

MAXINE M. CHESNEY
United States District Judge